IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JULIE LYNN SANDERS                                                                   PLAINTIFF

vs.                               Case No. 4:14-cv-00240 JTK

CAROLYN COLVIN, *Acting Commissioner*,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 21st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE